E-Filed: **9/3/09**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEON SMITH, | ) | NO. CV 09-3083-GHK(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| LINDA SANDERS, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation with the following correction:

At page 12, line 13, replace "January 10, 2010" with "January 25, 2010."

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice as moot.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner and counsel for
4 Respondent.

7    LET JUDGMENT BE ENTERED ACCORDINGLY.

9         DATED:      9/3     , 2009.

                                    _____
                                            GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE