E-Filed: **9/3/09**

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LEON SMITH, | ) | NO. CV 09-3083-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice as moot.

DATED:   9/3   ___, 2009.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE